# United States District Court
## Northern District of Ohio at

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**JEFFREY CLEMENS** | JUDGMENT IN A CRIMINAL CASE<br>(For Revocation of Probation or Supervised Release)<br>Criminal Number:  3:06CR175<br>USM Number:  43400-060<br><br>David Klucas<br>Defendant's Attorney |

**THE DEFENDANT:**
[✓] admitted guilt to violation of conditions of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial or guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Non-Compliance: Failure in Mental Health Treatment (Defendant was terminated from treatment on 9/7/07 after stealing agency property) | 9/7/2007 |
| 2 | Non-Compliance: Offender sent a letter to the treatment agency stating that he has temporarily suspended relations. | 9/2/2007 |
| 3 | Non-Compliance: Offender failed to report to probation as instructed | 9/11/2007 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

10/2/2007
Date of Imposition of Sentence

Signature of Judicial Officer

JACK ZOUHARY, United States District Judge
Name & Title of Judicial Officer

10/3/07
Date

AO 245B (Rev. 6/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 3:06CR175 | Judgment - Page 2 of 2 |
| DEFENDANT: | JEFFREY CLEMENS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **60 days**. **Defendant shall continue under the terms and conditions of Supervised Release until his surrender date at which time, Supervised Release is Revoked. Upon defendant's release from imprisonment, there will be no term of Supervised Release imposed.**

[ ] The court makes the following recommendations to the Bureau of Prisons:

[ ] The defendant is remanded to the custody of the United States Marshal.

[✓] The defendant shall surrender to the United States Marshal for this district.
    [✓] at 12:00 pm on or before 10/9/07.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2:00 p.m. on _____.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    Deputy U.S. Marshal