FILED
07 NOV 28 PM 4:09
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 07-3195

Filed: November 26, 2007

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JEFFREY CLEMENS,

    Defendant - Appellant

*3:06cr175 JZ*

## MANDATE

Pursuant to the court's disposition that was filed 10/31/2007 the mandate for this case hereby issues today. *Affirmed*

COSTS: none

Filing Fee ......................$
Printing ........................$

    Total ...................$